Argued and submitted November 2, 1990, affirmed on petition; reversed on cross-petition and remanded for reconsideration of attorney fees January 9, 1991

In the Matter of the Compensation of
Reubin B. Coleman, Claimant.

PACCAR-WAGNER MINING,
*Petitioner - Cross-Respondent,*

*v.*

Reubin B. COLEMAN,
*Respondent - Cross-Petitioner.*

(88-02573; CA A63383)

803 P2d 291

G. Joseph Gorciak, Portland, argued the cause for petitioner - cross-respondent. With him on the briefs were Scott H. Terrall and Terrall & Miller, Portland.

Daina Upite, Portland, argued the cause for respondent - cross-petitioner. With her on the brief was Royce, Swanson & Thomas, Portland.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed on petition; reversed on cross-petition and remanded for reconsideration of attorney fees. *Diamond Fruit Growers v. Davies,* 103 Or App 280, 796 P2d 1248 (1990).